UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09
```

METROTECH CONTRACTING CORP.,

    Plaintiff,

-v-

HUDSON RIVER PARK TRUST,

    Defendant.

No. 09 Civ. 0751(RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

For the reasons stated on the record at the August 17, 2009 oral argument, IT IS HEREBY ORDERED that Defendant's counter-claims are dismissed. The Clerk of the Court is respectfully directed to terminate this case.

SO ORDERED.

DATED:    August 17, 2009
                New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE